UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CHINONYEREM OSUAGWU, M.D.,

                              Plaintiff,

- against -

HOME POINT FINANCIAL CORPORATION;
HOME POINT CAPITAL, INC.; AMTRUST
TITLE INSURANCE COMPANY; AMTRUST
FINANCIAL SERVICES, INC.; MARIANNE
GONZALEZ, ESQ.; PHYLLIS SIMON, ESQ.;
ARVIND GALABAYA, ESQ.; LEATICIA
OSUAGWU OR ASUZU; THOMAS AMADEO;
YANIRA AMADEO; JOHN DOE; JANE DOE,

                              Defendants.
-------------------------------------------------------------x

**ORDER**

No. 22-CV-3830 (CS)

      Plaintiff's motion for reconsideration and leave to amend the complaint is DENIED. The arguments advanced by Plaintiff in his motion do not convince me that my original ruling was incorrect. The Clerk of Court is respectfully directed to terminate the pending motion (ECF No. 15). Plaintiff may still replead his claims under 26 U.S.C. § 7434(a) against Defendants Gonzalez and Home Point Financial before the thirty-day deadline, as set forth in my original ruling (ECF No. 3).

**SO ORDERED.**

Dated: June 10, 2022
       White Plains, New York

                                                          _____
                                                           CATHY SEIBEL, U.S.D.J.